# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS L. KIMBROUGH, | CASE NO. 1:08-cv-00101-OWW-SMS PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY OF FINDINGS AND RECOMMENDATIONS, AND GRANTING PLAINTIFF A THIRTY-DAY EXTENSION OF TIME TO FILE OBJECTIONS |
| v. | |
| DR. ERICA WEINSTEIN, et al., | |
| Defendants. | (Doc. 31) |
| _____/ | |

Plaintiff Curtis L. Kimbrough, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 22, 2008. On January 13, 2011, Plaintiff filed a notice of change of address in which he requested a copy of the findings and recommendations filed on January 7, 2011, and an extension of time to file objections.

Plaintiff's motion is HEREBY GRANTED. The Clerk's Office is DIRECTED to send Plaintiff a courtesy copy of court document number 29. Plaintiff shall file his objections, if any, within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:    January 19, 2011            _____/s/ Sandra M. Snyder_____**
                                                    UNITED STATES MAGISTRATE JUDGE